# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-1621

———————————————

Daniel Scott Young,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
Aymer L. Curtin, Judge.

November 20, 2024

Per Curiam.

Affirmed. *See Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023), *rev. granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

Osterhaus, C.J., and Lewis and Winokur, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.